UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STUART C. BODNER,<br>　　　　　　Plaintiff,<br>v.<br>CAROLYN COLVIN,<br>　　　　　　Defendant. | Case No. 3:12-cv-00636-MMD-WGC<br><br>ORDER |

Before the Court for consideration is the Report and Recommendation ("R&R") of the Honorable William G. Cobb, United States Magistrate Judge, entered March 1, 2014. (Dkt. no. 13.) No objections have been filed. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Cobb's R&R should be accepted and adopted in full.

It is therefore ordered that Plaintiff's Complaint is dismissed without prejudice for failure to prosecute and improper service.

DATED THIS 17th day of April 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE